Clerk
United States District Court
District Court of Colorado
901-19TH STREET # A105
DENVER, Co, ~~Denver~~ 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2018

JEFFREY P. COLWELL
CLERK

## NOTICE OF ADDRESS CHANGE

<u>Joseph A. Camp v. Daniel Brennan et al, 17-cv-3007-GPG</u>

Dear,

Please note that my address has changed to:

Joseph A. Camp: 176507
SKYLINE
P.O. Box: 300
CANON CITY CO 81215

Thank you for indicating the new address on the matter specified above.

Joseph A. Camp, 176507, Plaintiff

